**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AMI BUBICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ENCORE RECEIVABLE MANAGEMENT, INC., )<br>)<br>Defendant. ) | FILED: AUGUST 22, 2008<br>08CV4808<br>JUDGE KENDALL<br>MAGISTRATE JUDGE VALDEZ<br>EDA<br>Civil Action No. |

## COMPLAINT

NOW COMES the Plaintiff, AMI BUBICA, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., complaining against the Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., and alleging as follows:

### PRELIMINARY STATEMENT

1.  This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereafter the "FDCPA"), 15 U.S.C. § 1692 et seq.

### JURISDICTION AND VENUE

2.  Jurisdiction arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.

### PARTIES

3.  Plaintiff, Ami Bubica, ("Plaintiff"), is an individual who was at all relevant times residing in the City of Joliet, State of Illinois.

4.  At all relevant times herein, Defendant, Encore Receivable Management, Inc., ("Defendant") acted as a debt collector within the meaning of 15 U.S.C. § 1692a(6) in that it held itself out to be a company collecting a debt allegedly owed from Plaintiff.

1

5. Defendant is a corporation that has its principal place of business and its offices located in the State of Kansas.

## ALLEGATIONS
## COUNT I
## VIOLATIONS OF THE FDCPA v. ENCORE RECEIVABLE MANAGEMENT, INC.

6. On April 21, 2008, Plaintiff received an initial debt collection letter from Defendant attempting to collect a debt allegedly owed from Plaintiff.

7. In May of 2008, Plaintiff began receiving telephone calls from a representative of Defendant attempting to collect the alleged debt.

8. On May 5, 2008, Defendant called Plaintiff's home on five separate occasions.

9. On June 23, 2008, Defendant called Plaintiff's home on six separate occasions.

10. On June 24, 2008, Plaintiff sent a cease and desist letter to Defendant demanding it no longer contact her and to provide Plaintiff with verification of the alleged debt. On that same day, Defendant called Plaintiff's home seven times.

11. In its attempts to collect the aforementioned debt, the Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 in one or more of the following ways:

   a. Caused a telephone to ring or engaged any person in telephone conversation repeatedly or continuously with intent to annoy, abuse or harass any person at the called number in violation of 15 U.S.C. § 1692d(5); and

   b. Was otherwise deceptive and failed to comply with the Fair Debt Collection Practices Act.

12. As a result of Defendant's violations as aforesaid, Plaintiff suffered and continues to suffer personal humiliation, embarrassment, mental anguish and emotional distress.

WHEREFORE, Plaintiff, AMI BUBICA, by and through her attorneys, respectfully prays for judgment as follows:

    a.    All actual compensatory damages suffered;

    b.    Statutory damages of $1,000.00 for Plaintiff;

    c.    Plaintiff's attorneys' fees and costs;

    d.    Any other relief deemed appropriate by this Honorable Court.

***\*\*\*PLAINTIFF REQUESTS A TRIAL BY JURY \*\*\****

Respectfully Submitted,
**AMI BUBICA**

By:    s/Larry P. Smith
        Attorney for Plaintiff

Larry P. Smith
Larry P. Smith & Associates, Ltd.
205 N. Michigan Ave., 40th Floor
Chicago, IL 60601
Ph.    (312) 222-9028
Fax    (312) 602-3911
e-mail  lsmith@lpsmithlaw.com